IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,
    Plaintiff,

v.                                 Case No: 6:16-cv-2187-Orl-41KRS

TRANSWORLD SYSTEMS INC.,
    Defendant.

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

Is **not** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: January 3, 2017

By: _Tim Foote, Pro se._

By: TIM FOOTE, Pro se.
3208-C East Colonial Drive: UNIT 159
Orlando, Florida, 32803
Cellular telephone: 407-633-9297