

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

TIM FOOTE,                          §
          Plaintiff,                §
                            §
v.                                  §  Case No: 6:16-cv-2187-Orl-41KRS
                            §
TRANSWORLD SYSTEMS INC.,            §
          Defendant.                §

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.)  the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

[none]

2.)  the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

[none]

3.)  the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

[none]

4.)     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

[none]


        I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.


                                January 3, 2017


                                By: Tim Foote, Pro se.
                                _____
                                By: TIM FOOTE, Pro se.
                                3208-C East Colonial Drive: UNIT 159
                                Orlando, Florida, 32803
                                Cellular telephone: 407-633-9297.