FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

2017 JAN 27 PM 1:10

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| TIM FOOTE, § | |
| Plaintiff, § | |
| § | |
| v. § | Case No: 6:16-cv-2187-Orl-41KRS |
| § | |
| TRANSWORLD SYSTEMS INC., § | |
| Defendant. § | Demand for trial by jury. |

## CERTIFICATE OF SERVICE

I certify that on January 23, 2017, a copy of the RELATED CASE ORDER AND TRACK TWO NOTICE and its attachments was served by U.S.P.S. CERTIFIED MAIL with the Domestic Return Receipt requested, on the following attorney in charge for the Defendant, TRANSWORLD SYSTEMS INC.:

Ashley N. Rector
3350 Buschwood Park Drive, Suite 195
Tampa, Florida, 33618
Telephone: 813-890-2460
E-mail: arector@sessions.legal

Respectfully submitted,

By: *Tim Foote*, Pro se.

TIM FOOTE, Plaintiff, Pro se.
3208-C East Colonial Drive: Unit 159;
Orlando; Florida; 32803;
Cellular telephone: 407-633-9297;
E-mail: non-assumpsit@safe-mail.net

FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

2017 JAN 27 PM 1:10

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| TIM FOOTE, §<br>　　　Plaintiff, §<br>　　　　　　　　§<br>v. 　　　　　　§　Case No: 6:16-cv-2187-Orl-41KRS<br>　　　　　　　　§<br>TRANSWORLD SYSTEMS INC., §<br>　　　Defendant. §　Demand for trial by jury. | |

## CERTIFICATE OF SERVICE

I certify that on January 23, 2017, a copy of the INTERESTED PERSONS ORDER FOR CIVIL CASES was served by U.S.P.S. CERTIFIED MAIL with the Domestic Return Receipt requested, on the following attorney in charge for the Defendant, TRANSWORLD SYSTEMS INC.:

Ashley N. Rector
3350 Buschwood Park Drive, Suite 195
Tampa, Florida, 33618
Telephone: 813-890-2460
E-mail: arector@sessions.legal

Respectfully submitted,

By: _Tim Foote_, Pro se.

TIM FOOTE, Plaintiff, Pro se.
3208-C East Colonial Drive: Unit 159;
Orlando; Florida; 32803;
Cellular telephone: 407-633-9297;
E-mail: non-assumpsit@safe-mail.net

FILED

2017 JAN 27 PM 1: 10

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

TIM FOOTE, §
    Plaintiff, §
 §
v. § Case No: 6:16-cv-2187-Orl-41KRS
 §
TRANSWORLD SYSTEMS INC., §
    Defendant. § Demand for trial by jury.

## CERTIFICATE OF SERVICE

I certify that on January 23, 2017, a copy of the PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was served by U.S.P.S. CERTIFIED MAIL with the Domestic Return Receipt requested, on the following attorney in charge for the Defendant, TRANSWORLD SYSTEMS INC.:

Ashley N. Rector
3350 Buschwood Park Drive, Suite 195
Tampa, Florida, 33618
Telephone: 813-890-2460
E-mail: arector@sessions.legal

Respectfully submitted,

By: _Tim Foote_, Pro se.

TIM FOOTE, Plaintiff, Pro se.
3208-C East Colonial Drive: Unit 159;
Orlando; Florida; 32803;
Cellular telephone: 407-633-9297;
E-mail: non-assumpsit@safe-mail.net

FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

2017 JAN 27 PM 1: 10

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | | |
|---|---|---|
| TIM FOOTE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No: 6:16-cv-2187-Orl-41KRS |
| | § | |
| TRANSWORLD SYSTEMS INC., | § | |
| Defendant. | § | Demand for trial by jury. |

### CERTIFICATE OF SERVICE

I certify that on January 23, 2017, a copy of the PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS was served by U.S.P.S. CERTIFIED MAIL with the Domestic Return Receipt requested, on the following attorney in charge for the Defendant, TRANSWORLD SYSTEMS INC.:

Ashley N. Rector
3350 Buschwood Park Drive, Suite 195
Tampa, Florida, 33618
Telephone: 813-890-2460
E-mail: arector@sessions.legal

Respectfully submitted,

By: _Tim Foote,_ Pro se.

TIM FOOTE, Plaintiff, Pro se.
3208-C East Colonial Drive: Unit 159;
Orlando; Florida; 32803;
Cellular telephone: 407-633-9297;
E-mail: non-assumpsit@safe-mail.net