# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

TIM FOOTE,

        Plaintiff,

v().

TRANSWORLD SYSTEMS, INC.,

        Defendant.
_____/

Case No. 6:16-cv-02187-CEM-KRS

## DEFENDANT, TRANSWORLD SYSTEMS, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Transworld Systems, Inc. (TSI), through counsel and under the Federal Rules of Civil Procedure, file this Unopposed Motion for an Extension of Time to Respond to Complaint, and state:

1. On December 22, 2016, Plaintiff, Tim Foote (Plaintiff), served a Request for Waiver of Service of Complaint and Summons on TSI in connection with this matter. TSI's deadline to respond to the Complaint is currently February 21, 2017.

2. Undersigned counsel, however, requests additional time to review the file materials, conduct an investigation and confer with her client in order to draft an appropriate responsive pleading. In addition, the extension will allow the parties the time necessary to engage in meaningful and good-faith settlement negotiations in hopes the parties can reach a mutually agreeable resolution without the Court's involvement.

3. Plaintiff, has agreed to allow TSI an extension of time through and including March 7, 2017 to respond to the complaint.

WHEREFORE, Defendant, Transworld Systems, Inc., respectfully request this Court grant them an extension through and including March 7, 2017 to respond to the complaint, and for such other relief as this Court deems proper.

>Respectfully submitted,
>
>/s/Ashley N. Rector
>Ashley N. Rector, Esq.
>Florida Bar No. 0106605
>Dayle M. Van Hoose, Esq.
>Florida Bar No. 0016277
>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
>3350 Buschwood Park Drive, Suite 195
>Tampa, Florida 33618
>Telephone: (813) 440-5327
>Facsimile: (866) 466-3140
>arector@sessions.legal
>dvanhoose@sessions.legal
>
>*Attorneys for Defendant,*
>*Transworld Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 20th day of February 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff as described below. Parties may access this filing through the Court's system.

>Tim Foote
>*Pro Se Plaintiff*
>3208-C East Colonial Drive, Unit 159
>Orlando, FL 32803
>non-assumpsit@safe-mail.net

>/s/Ashley N. Rector
>Attorney