# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TIM FOOTE,**

        **Plaintiff,**

**v.**                                            **Case No:   6:16-cv-2187-Orl-41KRS**

**TRANSWORLD SYSTEMS INC.,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   DEFENDANT, TRANSWORLD SYSTEMS, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Doc. No. 8)**
>
> **FILED:      February 20, 2017**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant to respond to the Complaint is extended up to and including March 7, 2017.

**DONE** and **ORDERED** in Orlando, Florida on February 21, 2017.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE