**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TIM FOOTE**,**

                                                 Case No. 6:16-cv-02187-CEM-KRS

      Plaintiff,

          v.

TRANSWORLD SYSTEMS, INC.,

      Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(c), I certify that the instant action:

___    IS    related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

                _____
                _____
                _____

<u>X</u>   IS NOT    related to any pending or closed civil or criminal case filed with this Court; or any other Federal or State court, or administrative agency.

                _____
                _____
                _____

    I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

    DATED this 7th day of March 2017.

Respectfully submitted,

/s/ Ashley N. Rector
Ashley N. Rector, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (866) 466-3140
arector@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Transworld Systems, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of March 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff as described below. Parties may access this filing through the Court's system.

Tim Foote
*Pro Se Plaintiff*
3208-C East Colonial Drive, Unit 159
Orlando, FL 32803
non-assumpsit@safe-mail.net

/s/ Ashley N. Rector
Attorney