IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

          Plaintiff,

          v.

Case No. 6:16-cv-02187-CEM-KRS

TRANSWORLD SYSTEMS, INC.,

          Defendant.

_____/

### DEFENDANT, TRANSWORLD SYSTEMS, INC'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Transworld Systems, Inc. (TSI), by and through its undersigned attorneys, files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Tim Foote, *Pro Se* Plaintiff

    b. Transworld Systems, Inc., Defendant

    c. Ashley N. Rector and Dayle M. Van Hoose, Sessions, Fishman, Nathan & Israel, LLC, Attorneys for Defendant Transworld Systems, Inc.

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a.    Tim Foote, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Date: March 7, 2017

                                  Respectfully submitted,

                                  */s/ Ashley N. Rector*
                                  Ashley N. Rector, Esq.
                                  Florida Bar No. 0106605
                                  Dayle M. Van Hoose, Esq.
                                  Florida Bar No. 0016277
                                  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                  3350 Buschwood Park Drive, Suite 195
                                  Tampa, Florida 33618
                                  Telephone: (813) 440-5327
                                  Facsimile: (866) 466-3140
                                  arector@sessions.legal
                                  dvanhoose@sessions.legal

                                  *Attorneys for Defendant,*
                                  *Transworld Systems, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of March 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff as described below. Parties may access this filing through the Court's system.

Tim Foote
*Pro Se Plaintiff*
3208-C East Colonial Drive, Unit 159
Orlando, FL 32803
non-assumpsit@safe-mail.net

*/s/ Ashley N. Rector*
Attorney