

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | | |
|---|---|---|
| TIM FOOTE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No: 6:16-cv-2187-Orl-41KRS |
| | § | |
| TRANSWORLD SYSTEMS INC., | § | |
|     Defendant. | § | |

## PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. TIM FOOTE, *Pro Se*, Plaintiff

    b. TRANSWORLD SYSTEMS INC., Defendant

    c. Ashley N. Rector and Dayle M. Van Hoose, Sessions, Fishman, Nathan & Israel, LLC, Attorneys for Defendant Transworld Systems, Inc.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

a. TIM FOOTE, PLAINTIFF

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

March 8, 2017

By: *Tim Foote*, Pro se.
_____
By: TIM FOOTE, Pro se.
3208-C East Colonial Drive: UNIT 159
Orlando, Florida, 32803
Cellular telephone: 407-633-9297.
E-mail: non-assumpsit@safe-mail.net

# CERTIFICATE OF SERVICE

I certify that on March 8, 2017, a copy of the PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was served by U.S.P.S. CERTIFIED MAIL, on the following attorney in charge for the Defendant, TRANSWORLD SYSTEMS INC.:

Ashley N. Rector
3350 Buschwood Park Drive, Suite 195
Tampa, Florida, 33618
Telephone: 813-890-2460
E-mail: arector@sessions.legal

Respectfully submitted,

By: *Tim Foote, Pro se.*

TIM FOOTE, Pro se, PLAINTIFF
3208-C East Colonial Drive: Unit 159;
Orlando; Florida; 32803;
Cellular telephone: 407-633-9297;
E-mail: non-assumpsit@safe-mail.net