UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TIM FOOTE,**

**Plaintiff,**

**v.** **Case No: 6:16-cv-2187-Orl-41KRS**

**TRANSWORLD SYSTEMS INC.,**

**Defendant.**

______________________________________/

**ORDER**

THIS CAUSE is before the Court on Defendant's Notice of Acceptance of Offer of Judgment (Doc. 17). After reviewing the Offer of Judgment (Doc. 17-1) and pursuant to Federal Rule of Civil Procedure 68(a), the Clerk is **DIRECTED** to enter judgment in favor of Plaintiff in the amount of $2,001.00, which sum includes $1,001.00 for damages and $1,000.00 for reasonable costs and fees as agreed to by the parties. Thereafter, the Clerk is directed to deny all pending motions as moot and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 18, 2017.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party